## HALSBAND LAW OFFICES
### ATTORNEYS AT LAW
39 HUDSON STREET, 4TH FLOOR
HACKENSACK, NEW JERSEY 07601
T. 201.487.6249
F. 201.487.3176

DAVID S. HALSBAND
ADMITTED TO NJ, NY & MA BARS

OF COUNSEL:
JYOTI M. HALSBAND
ADMITTED TO NJ & NY BARS

April 29, 2010

**Via Electronic Filing**

Clerk of Court
Untied States District Court, District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Re:   **Suwanphap v. Pad Thai, Inc. et al.**
      **Civil Action No.: 2:10-CV-01762 (JLL)(CCC)**

Dear Clerk:

We represent the Plaintiff in the above-referenced case.

The Defendants' Motion to Dismiss Count One of the Amended Complaint is returnable on May 17, 2010 and the Plaintiff's opposition papers are due by May 3, 2010.  Pursuant to Local Civil Rule 7.1(d)(5), the Plaintiff hereby invokes the automatic extension to file and serve opposition papers.  Accordingly, the new motion date is **June 7, 2010** and our opposition papers are due for filing and service by **May 24, 2010**.

Respectfully,

s/David S. Halsband
David S. Halsband

cc:   Eric L. Harrison, Esq.
      Counsel for Defendants

**SO ORDERED:**
**DATED:** 5/4/10